## Southern Indiana Power Company v. Meadows
### ET AL.

[No. 22,677. Filed December 8, 1914.]

From Lawrence Circuit Court; *Oren O. Swails*, Judge.

Action by the Southern Indiana Power Company against James Meadows and others. From a judgment for defendants, the plaintiff appeals. *Appeal dismissed.*

*Brooks & Brooks*, for appellant.
*Boruff & Boruff* and *John H. Edwards*, for appellee.

Cox, J.—This is one of a series of condemnation proceedings brought by appellant in aid of its hydro-electric power plant. The proceeding is in all respects identical with that involved in *Southern Ind. Power Co.* v. *Cook* (1914), *ante* 505, 107 N. E. 12, and the same questions are involved in the appeal. On the authority of the decision in that case the appeal herein is dismissed.